# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| CELTIC INTERNATIONAL, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> BNSF RAILWAY COMPANY, a Delaware corporation, <br><br> Defendant. | ) CASE NO.: CV-14-02080 VC <br> ) <br> ) **[PROPOSED] ORDER OF** <br> ) **TRANSFER TO THE** <br> ) **U.S. DISTRICT COURT** <br> ) **FOR THE EASTERN** <br> ) **DISTRICT OF CALIFORNIA** <br> ) <br> ) <br> ) |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Court, having reviewed the stipulation to transfer filed by CELTIC INTERNATIONAL, LLC and BNSF RAILWAY COMPANY and good cause appearing therefore, hereby orders this case to be transferred forthwith to the U.S. District Court for the Eastern District of California.

IT IS SO ORDERED.

Dated: July 8, 2014    By: _____
                             Honorable Judge Vincent Chhabria
                             U.S. DISTRICT COURT, N.D. CA

[PROPOSED] ORDER